RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7 8 05
BY DM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VERSUS | CRIMINAL NUMBER: 05-50045-01 |
| WOODROW HAYES | PRESIDING JUDGE: HON. S. MAURICE HICKS |

## ORDER

**CONSIDERING THE FOREGOING** Motion for Waiver of Statutory Right of Speedy Trial, filed herein by the defendant;

The Court finds defendant has signed and executed a Waiver of Speedy Trial Act Affidavit; and,

The Court finds an applicable exception under §3161(h)(8)(i) and (IV) exists, and that the denial of this request would deny counsel for the defendant reasonable time necessary for the effective preparation, taking into account the exercise of due diligence, for trial. Further, it is the finding of this Court after an "ends of justice" analysis, the ends of justice served by granting of this waiver of statutory right to speedy trial outweighs the best interest of the public, and the defendant, in a speedy trial under the provision of 18 USC §3161(h)(8)(A); OR,

A status conference is hereby set regarding this motion for the N/A day of \_\_\_\_N/A\_\_\_\_, 2005, at N/A o'clock N/A m.; OR,

A hearing is hereby set contradictorily with the Government for the N/A day of \_\_\_\_N/A\_\_\_\_, 2005, at N/A o'clock N/A .m., as to why this motion should not be granted.

**DONE AND ORDERED** in Shreveport, Louisiana, this 7th day of July, 2005.

_____
JUDGE, U.S. DISTRICT COURT