U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 4 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 05-50045 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WOODROW HAYES | |

### ORDER

Before the Court is a letter drafted by defendant Woodrow Hayes ("Hayes") on December 28, 2005 and filed in the record on January 4, 2006. See Record Document 69. In the letter, Hayes asks the Court to allow him to be released on bond prior to his sentencing. See id. Thus, this Court is construing the letter as a motion for bond pending sentencing.

This Court held a detention hearing on August 17, 2005 and ordered detention pending trial. See Record Document 38. On November 21, 2005, Hayes plead guilty to Counts 1, 2, and 51 of the superseding indictment. See Record Document 63.

Title 18, United States Code, Section 3143(a) states that "the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition . . . of sentence . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released." Here, the Court does not make such a finding. Thus, in light of section 3143(a) and for the reasons orally assigned by the Court during the August 17, 2005 detention hearing, this Court denies Hayes' motion for bond.

Accordingly;

**IT IS ORDERED** that defendant Woodrow Hayes' motion for bond be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 4th day of January, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE